IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                              CIVIL NO. 97-2931 (RLA)

JOSE PEREZ CARVAJAL et al.,

    Defendants.

### ORDER TO SHOW CAUSE

The record reflects that this action was STAYED on March 10, 1998, docket No. 4, due to defendants' filing of a petition in Bankruptcy Court.

Since then, plaintiff has been granted several extensions of time to inform the Court as to the status of defendants' bankruptcy proceedings pursuant to Local Rule 706, but has failed to so notify the Court since November 20, 1998 (docket No. 13).

Accordingly, unless plaintiff voluntarily dismisses this action or otherwise shows cause, **on or before March 1, 2001,** this action shall be automatically dismissed for lack of prosecution.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of February, 2001.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)