IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                 CIVIL NO. 97-2931 (RLA)

JOSE PEREZ CARVAJAL et al.,

    Defendants.

**FINAL JUDGMENT**

Plaintiff's Motion in Compliance with Order and Request for Voluntary Dismissal (**docket No. 16,** filed March 1, 2001) is hereby **GRANTED.**

Accordingly, it is hereby ORDERED and ADJUDGED that the complaint in this action be and the same is hereby **DISMISSED.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of March, 2001.

                                        RAYMOND L. ACOSTA
                                        United States District Judge

AO 72
(Rev 8/82)