UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Small Business Administration)
    Plaintiff

v.

JOSE PEREZ CARVAJAL, et al.
    Defendants

CIVIL NO. 97-2931(RLA)

FORECLOSURE OF MORTGAGE

### ORDER FOR CANCELLATION OF LIS PENDENS AS TO PROPERTY NO 16370

Upon motion by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Property Registrar of Guaynabo, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

> -B. "RUSTICA" Predio de terreno radicado en el Barrio Mamey del término municipal de Guaynabo, Puerto Rico, compuesto de un remanente y de dos cuerdas y cuatro mil seiscientos setenta y siete diez milésimas de otra (2.4677) equivalentes a noventa y nueve centiáreas y dos miliáreas, colindando por el NORTE, con el camino municipal; por el SUR, con Fabián Rosado, y el Estado Libre Asociado de Puerto Rico; por el ESTE, con Benito Suárez y el camino municipal; y por el OESTE, con Francisco Rosado.
>
> Inscrita al tomo número Doscientos Setenta y Nueve (279), folio número Doscientos Cinco (205) de Guaynabo, finca número Dieciseis Mil Trescientos Setenta (16,370).

United States v. Jose Perez Carvajal, et al.
Civil No. 97-2931(RLA)
Page 2

Lis Pendens pending to be recorded at page 322, entry 213, upon property number 16370, subject of this action.

In San Juan, Puerto Rico, this 15th day of June, 2001.



UNITED STATES DISTRICT JUDGE
RAYMOND L. ACOSTA