UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Small Business Administration)
    Plaintiff

    v.

JOSE PEREZ CARVAJAL, et al.
    Defendants

CIVIL NO. 97-2931(RLA)

FORECLOSURE OF MORTGAGE

### ORDER FOR CANCELLATION OF LIS PENDENS AS TO PROPERTY NO 1010

Upon motion by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Property Registrar of San Juan, I, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

>---A.  "FINCA URBANA" o solar sito en la sección Sur Santurce de esta ciudad con una cabida de SEISCIENTOS OCHENTA Y SIETE METROS CUADRADOS CON SETENTA Y CINCO CENTESIMAS DE OTRO,(687.75) colindante por el NORTE, en treinta y cinco metros con solar de Don Fausto Durán; y por el SUR, en treinta y cinco metros cinco centésimas con terrenos, antes de la Sucesión Hernández, hoy de don José Gueits; por el ESTE, en veinte metros con la calle Hoare; y por el OESTE, en diecinueve metros treinta centímetros.
>
>-En el solar antes descrito ubica una casa de concreto de dos plantas.
>
>-Inscrita al folio treinta y cinco (35) del tomo doscientos cuarenta y ocho (248) de Santurce Sur, finca número Mil Diez (1010).



United States v. Jose Perez Carvajal, et al.
Civil No. 97-2931(RLA)
Page 2

Lis Pendens pending to be recorded at page 902, entry 117, upon property number 1010, subject of this action.

In San Juan, Puerto Rico, this 15th day of June, 2001.

*[signature]*
UNITED STATES DISTRICT JUDGE
RAYMOND L. ACOSTA